FILED
Clerk
District Court

APR - 5 2012

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JUNIOR LARRY HILLBROOM, an individual,<br>    Plaintiff,<br>v.<br><br>BARRY J. ISRAEL, an individual; KEITH A. WAIBEL, an individual; and DOES 1 through 10, inclusive,<br>    Defendants. | Case No.: 1-10-CV-00031 |
| KEITH A. WAIBEL, an individual,<br>    Cross Claimant,<br>v.<br><br>BARRY J. ISRAEL, an individual; and DOES 1 through 10, inclusive,<br>    Cross Defendants. | **FINAL JUDGMENT ON PLAINTIFF'S CLAIMS AGAINST DEFENDANT ISRAEL** |
| KEITH A. WAIBEL, an individual,<br>    Third-Party Plaintiff,<br>v.<br><br>DAVID J. LUJAN, an individual,<br>    Third Party Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order Granting Plaintiff's Request for Entry of Rule 54(b) Final Judgment on Plaintiff's Claims Against Defendant Israel (ECF No. 100), a final judgment is hereby entered dismissing without prejudice all claims of Plaintiff Junior Larry Hillbroom against Defendant Barry J. Israel pursuant to Federal Rule of Civil Procedure 54(b).

DATED this 5th day of April, 2012.

_____
GALO PEREZ
Clerk of Court